1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| APRIL LYNN CUMMINGS, | ) | 1:06-CV-00727 AWI SMS HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #9] |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| COUNTY OF SANTA BARBARA, | ) | [Doc. #1] |
| | ) | |
| Respondent. | ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On November 1, 2006, the Magistrate Judge issued Findings and Recommendation that recommended the petition be DISMISSED for failure to exhaust state remedies. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within ten (10) days of the date of service of the order.

On November 9, 2006, Petitioner filed her objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*

1   *novo* review of the case.  Having carefully reviewed the entire file and having considered the

2   objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is

3   supported by the record and proper analysis, and there is no need to modify the Findings and

4   Recommendations based on the points raised in the objections. Petitioner does not dispute the

5   Magistrate Judge's finding that she has not sought relief in the California Supreme Court. Pursuant

6   to 28 U.S.C. § 2254(b)(1), Petitioner must first seek relief in the California Supreme Court before

7   presenting the instant petition in this Court.

8         Accordingly, IT IS HEREBY ORDERED that:

9         1. The Findings and Recommendation issued November 1, 2006, is ADOPTED IN FULL;

10        2. The petition for writ of habeas corpus is DISMISSED without prejudice; and

11        3. The Clerk of Court is DIRECTED to enter judgment.

12

13   IT IS SO ORDERED.

14   **Dated:    December 30, 2006**            **/s/ Anthony W. Ishii**
    0m8i78                       UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28